UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

BEN PIENAAR, )
 )
        Plaintiff, )
 )
vs. ) 1:07-cv-609-SEB-TAB
 )
STATE SENATOR MICHAEL YOUNG, et al., )
 )
        Defendant. )

**JUDGMENT**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed with prejudice.**

Date: 06/19/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Ben Pienaar
5023 Red Horizon Blvd
Indianapolis, IN   46221